UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA LEWIS,<br><br>                              Plaintiff,<br><br>      -against-<br><br>HUDSON VALLEY JUSTICE CENTER;<br>JASON MAYS; DEPUTY DIRECTOR,<br><br>                              Defendants. | 22-CV-7574 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 7, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 7, 2022
         New York, New York

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge